**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Case No. 15-cr-30090-SMY** |
| ) | |
| **SHIRLEY HAIR,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**YANDLE, Chief District Judge:**

Defendant Shirley Hair pleaded guilty to theft and embezzlement of U.S. property (Count 1) and was sentenced on October 12, 2016 to 3 years' probation and restitution in the amount of $2,151.83 (Doc. 42, 44). This matter is now before the Court for Consideration of Hair's Motion for Expungement (Doc. 50). Hair asserts that she has paid her restitution and has not been in trouble since her conviction.

"Federal courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and statute, which is not to be expanded by judicial decree." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994) (internal citations omitted). In that regard, a district court lacks jurisdiction to expunge the court records of a convicted defendant. *United States v. Wahi*, 850 F.3d 296, 299–300 (7th Cir. 2017).

Accordingly, the Motion for Expungement (Doc. 50) is **DENIED** for lack of jurisdiction.

**IT IS SO ORDERED.**

**DATED: July 21, 2026**

**STACI M. YANDLE
Chief United States District Judge**